UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:21-cv-05339-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the deadline for Defendant Michael Ben-Jacob to answer or file a motion in response to the Complaint filed by Plaintiff Skatteforvaltningen in the above-captioned case is hereby extended up to and including September 10, 2021.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant expressly reserves, any and all defenses.

This is Defendant's first request for an extension of time to answer or otherwise respond to the Complaint.

Dated: July 13, 2021
New York, New York

 /s/ Thomas E.L. Dewey
 Thomas E.L. Dewey
 DEWEY PEGNO & KRAMARSKY LLP
 777 Third Avenue – 37th Floor
 New York, New York 10017
 (212) 943-9000
 tdewey@dpklaw.com

 *Attorneys for Defendant*
 *Michael Ben-Jacob*


 /s/ John T. McGoey
 (*e-signed with consent*)

 John T. McGoey
 HUGHES HUBBARD & REED LLP
 One Battery Park Plaza
 New York, NY 10004
 (212) 837-6000
 john.mcgoey@hugheshubbard.com

 *Attorneys for Plaintiff*
 *Skatteforvaltningen*


SO ORDERED:

/s/ Lewis A. Kaplan  /BT 07/14/2021
_____
Hon. Lewis A. Kaplan
United States District Judge

2